**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 191 EAL 2022
                               :
        Respondent             :
                               :
                               : Petition for Allowance of Appeal
                               : from the Order of the Superior Court
        v.                     :
                               :
                               :
KHALID ANDERSON,               :
                               :
        Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.